**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CATHERINE BRADFORD**                                                              **PLAINTIFF**

v.                              NO. 3:22-cv-00103-PSH

**KILOLO KIJAKAZI, Acting Commissioner of**                        **DEFENDANT**
**the Social Security Administration**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 13th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE